UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHUKWUMA E. AZUBUKO,
      Plaintiff,

      Case No. 2:05-cv-102
      JUDGE EDMUND A. SARGUS, JR.
v.      Magistrate Judge Norah McCann King

JUDGE B. AVANT EDENFIELD,
      Defendant.

## OPINION AND ORDER

The complaint in this action was dismissed, pursuant to 28 U.S.C. § 1915(e), for failure to state a claim upon which relief can be granted and becasue it sought monetary relief against the defendant judge, who is immune from such relief. (Doc. No. 3.) That dismissal was affirmed by the United States Court of Appeals for the Sixth Circuit. Azubuko v. Edenfield, Case No. 05-3777 (6th Cir. March 6, 2006). On May 31, 2011, the plaintiff filed a motion for relief from judgment (Doc. No. 12), which this Court denied (Doc. No. 13).

The plaintiff has now filed a second motion for relief from judgment (Doc. No. 15), which he refers to as his third such motion. That is, the plaintiff indicates in the motion that he mailed a second motion for relief to this Court that was not docketed. Nothing in the plaintiff's current motion for relief from judgment persuades the Court that the judgment entered in this action was in any respect erroneous. Therefore, the Court hereby **DENIES** that motion. (Doc. No. 15.)

      **IT IS SO ORDERED.**

1-16-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE